LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:  (702) 792-7000
Fax:          (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Nchong Enokenwa and*
*Las Vegas Metropolitan Police Department*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| XAVIER TATE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; and NCHONG ENOKENWA, an individual,<br><br>Defendants. | Case No.:   2:25-cv-01559-JAD-DJA<br><br>**STIPULATION TO EXTEND RESPONSE DEADLINE**<br>**(First Request)**<br>**[ECF No. 13]** |

Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Nchong Enokenwa (collectively "LVMPD Defendants"), through their counsel, Kaempfer Crowell, and Plaintiff Xavier Tate, through his counsel, Breeden & Associates, agree and stipulate to extend LVMPD Defendants' deadline to file a Response regarding Plaintiff's Motion to Compel, (ECF No. 16), by five days from the current deadline of January 2, 2026.  The new deadline will become January 7, 2026, which creates a deadline of January 14, 2026, for Plaintiff's Reply. This is LVMPD Defendants' first request for an extension of this deadline.

This minimal extension arises in accord with District of Nevada Local Rule IA 6-1.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.343

Page 1 of 2

Good cause supports the extension based on the standard briefing deadline arising between the holiday period including December 25, 2025, and January 1, 2026, during which counsels' office was and is closed. Additionally, the undersigned counsel for LVMPD Defendants has a pre-planned time off for out-of-state family visitation on January 2, 2026. Accordingly, an extension of the Response deadline will provide necessary additional time to prepare a thorough Response. The extension is sought in good faith, not for purposes of delay, and will not affect the Court's current hearing date set for the Motion of January 21, 2026.

Dated this 31st day of December, 2025.

| KAEMPFER CROWELL | BREEDEN & ASSOCIATES |
|---|---|
| /s/ Kristopher J. Kalkowski | /s/ Adam Breeden |
| LYSSA S. ANDERSON | ADAM J. BREEDEN |
| (Nevada Bar No. 5781) | (Nevada Bar No. 8768) |
| KRISTOPHER J. KALKOWSKI | ALYSSA N. PIRAINO |
| (Nevada Bar No. 14892) | (Nevada Bar No. 14601) |
| 1980 Festival Plaza Drive, Suite 650 | 7432 W. Sahara Ave., Ste. 101 |
| Las Vegas, Nevada 89135 | Las Vegas, NV 89117 |
| **Attorneys for Defendants** | **Attorney for Plaintiff** |

## ORDER

**IT IS SO ORDERED.**

DATED this 6th day of January, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.343

Page 2 of 2