**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| Xavier Tate,<br><br>        Plaintiff<br>v.<br><br>Las Vegas Metropolitan Police<br>Department, et al.,<br><br>        Defendants | Case No. 2:25-cv-01559-JAD-DJA<br><br>**Order Overruling Objection to<br>Magistrate Judge's Discovery Ruling**<br><br>ECF No. 24 |

In this civil-rights lawsuit, Plaintiff Xavier Tate challenges the magistrate judge's denial of his motion to compel responses to punitive-damages discovery requests.[1] At a hearing on that motion, the magistrate judge denied the motion and deferred discovery on that topic until after the dispositive motions are concluded.[2] Tate appeals from that discovery-phasing ruling, arguing that the nature of his claims entitles him to that discovery now and that he shouldn't have to wait for it.[3] The defendants ask this court to uphold the magistrate judge's decision.[4]

---

[1] ECF No. 24.

[2] ECF No. 23 at 11–15 (transcript of hearing).

[3] ECF No. 24.

[4] ECF No. 25.

1

A district judge may designate a magistrate judge "to hear and determine any pretrial matter pending before the court" (like a request to compel discovery) or to recommend how the district judge should rule on a dispositive issue (like dismissal).[5] When a litigant challenges a magistrate judge's ruling on a non-dispositive matter, the district judge may reconsider that ruling "when it has been shown that the magistrate judge's order is clearly erroneous or contrary to law."[6]  This standard of review "is significantly deferential" to a magistrate judge's determination[7] and requires "a definite and firm conviction that a mistake [of fact] has been committed"[8] or a relevant statute, law, or rule has been omitted or misapplied.[9]

Having considered the underlying briefing, the transcript from the hearing on the motion to compel, the objection, and the response,[10] I cannot conclude that the magistrate judge's decision to defer punitive-damages discovery to a later phase of this case was clearly erroneous or contrary to law.  So I **OVERRULE the objection [ECF No. 24]** and affirm the magistrate judge's decision to deny the motion to compel.

_____
U.S. District Judge Jennifer A. Dorsey
February 26, 2026

---

[5] 28 U.S.C. § 636 (b)(1); Local Rule (L.R.) IB 3-1.

[6] L.R. IB 3-1(a).

[7] *Concrete Pipe and Prods. of Cal., Inc. v. Constr. Laborers Pension Trust for S. Cal.*, 508 U.S. 602, 623 (1993).

[8] *Id.* (internal quotation marks omitted).

[9] *See Grimes v. City and Cnty. of S.F.*, 951 F.2d 236, 240–41 (9th Cir. 1991).

[10] ECF Nos. 16, 20, 21, 23, 24, 25.