**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
376 E. Warm Springs Road, Suite 120
Las Vegas, NV 89119
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

XAVIER TATE, and individual,

Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; and NCHONG ENOKENWA, an individual,

Defendants.

CASE NO.: 2:25-cv-01559-JAD-DJA

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 34 & 35]**

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff, XAVIER TATE, by and through his counsel Adam J. Breeden, Esq. of BREEDEN & ASSOCIATES, PLLC, and Defendants, LAS VEGAS METROPOLITAN POLICE DEPARTMENT and NCHONG ENOKENWA, by and through their counsel of record Lyssa S. Anderson, Esq., Kristopher J. Kalkowski, Esq., and Travis C. Studdard, Esq. of KAEMPFER CROWELL (collectively, "Defendants"), by and through their respective counsel of record, as follows:

**WHEREAS**, on July 23, 2026, Defendant Nchong Enokenwa filed his Motion for Summary Judgment (ECF No. 34), and Defendant Las Vegas Metropolitan Police Department filed its Motion for Summary Judgment (ECF No. 35) (collectively, the "Motions");

**WHEREAS**, Plaintiff's responses to the Motions are currently due on or before August 13, 2026;

**WHEREAS**, the Motions are extensive and fact-intensive, together spanning more than forty-five pages of briefing and relying upon twenty-three separate exhibits, including multiple

deposition transcripts, seven separate surveillance and body-worn camera video recordings, expert reports, arrest and incident reports, use-of-force and internal-investigation records, LVMPD policies and training materials, and medical records from multiple providers, such that Plaintiff's counsel requires additional time to review the record in full and to prepare thorough and complete oppositions addressing the multiple independent grounds asserted in each Motion, including the Monell theory addressed in LVMPD's Motion;

**WHEREAS**, the requested extension is further necessitated by the pre-existing case load and litigation obligations of Plaintiff's counsel during the current response period, which include no less than seven motions and an appellate brief to address during the same time period;

**WHEREAS**, the parties have met and conferred and Defendants do not oppose the requested extension of Plaintiff's response deadline;

**WHEREAS**, this is the first stipulation or request to extend Plaintiff's deadline to respond to the Motions, and it is made in good faith and not for the purpose of delay; and

**WHEREAS**, no party will be prejudiced by the brief extension of these deadlines, and no trial date or other pending deadline will be affected.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, as follows:

[remainder of page intentionally blank]

**IT IS FURTHER STIPULATED** that the deadline for Plaintiff to file his responses to Defendant Nchong Enokenwa's Motion for Summary Judgment (ECF No. 34) and Defendant Las Vegas Metropolitan Police Department's Motion for Summary Judgment (ECF No. 35) is extended from August 13, 2026 to August 27, 2026.

**IT IS SO STIPULATED AND AGREED.**

Dated this 12th day of August, 2026.

**BREEDEN & ASSOCIATES, PLLC**

*/s/ Adam J. Breeden, Esq.*

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
376 E. Warm Springs Road, Suite 120
Las Vegas, Nevada 89119
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

Dated this 12th day of August, 2026.

**KAEMPFER CROWELL**

*/s/ Kristopher J. Kalkowski, Esq.*

**LYSSA S. ANDERSON, ESQ.**
Nevada Bar No. 5781
**KRISTOPHER J. KALKOWSKI, ESQ.**
Nevada Bar No. 14892
**TRAVIS C. STUDDARD, ESQ.**
Nevada Bar No. 16454
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Phone: (702) 792-7000
Fax: (702) 796-7181
*Attorneys for Defendants*

**IT IS SO ORDERED**

DATED: 8/14/2026