LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

***Attorneys for Defendants Nchong Enokenwa and Las Vegas Metropolitan Police Department***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| XAVIER TATE,<br><br>Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No.: 2:25-cv-01559-JAD-DJA<br><br>**STIPULATION TO EXTEND THE DEADLINE TO FILE REPLIES IN SUPPORT OF THE MOTIONS FOR SUMMARY JUDGMENT**<br><br>***First Request*** |

Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Nchong Enokenwa (collectively "LVMPD Defendants"), and Plaintiff Xavier Tate stipulate and agree to extend the deadline for LVMPD Defendants to file Replies in support of the pending Motions for Summary Judgment, (ECF Nos. 34, 35), by twelve days. The current deadline for LVMPD Defendants to file Replies is September 9, 2026. The new deadline will be September 21, 2026.

Good cause supports this brief extension based on the numerous substantive topics to be addressed by the Replies. As the Court recently recognized when granting the parties' stipulation to extend Plaintiff's deadline to file Responses, (ECF No. 40), the pending briefing is extensive and fact-intensive such that counsel requires additional time to review the record in full

and to prepare thorough and complete Replies. Further, the time to draft Replies has been limited due to the Labor Day holiday, LVMPD Defendants' counsel's pre-schedule travel on September 4, 2026, and concurrent briefing deadlines in other matters.

This stipulation arises in good faith, not for purposes of delay, and no party will be prejudiced by the brief extension of these deadlines because no trial date or other pending deadline will be affected.

KAEMPFER CROWELL

*/s/ Lyssa S. Anderson*
LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
***Attorneys for Defendants Nchong Enokenwa and Las Vegas Metropolitan Police Department***

BREEDEN & ASSOCIATES

*/s/ Adam J. Breeden*
ADAM J. BREEDEN
Nevada Bar No. 8768
7432 W. Sahara Ave., Ste. 101
Las Vegas, NV 89117
ph: (702) 819-7770
***Counsel for Plaintiff***

**IT IS SO ORDERED.**

Dated this 10th day of September, 2026.

______________________________
UNITED STATES DISTRICT COURT JUDGE